JEFFREY D. GOLDMAN (Bar No. 155589)
TALYA GOLDFINGER (Bar No. 294926)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant Universal International Music, B.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERRATED PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP. a Delaware corporation and UNIVERSAL INTERNATIONAL MUSIC B.V., a Dutch corporation, VIVENDI S.A., a French corporation, and DOES 1 THROUGH 20.<br><br>Defendants. | CASE NO. 2:17-cv-09267<br><br>**NOTICE OF WITHDRAWAL AND RESUBMISSION OF SECOND NOTICE OF REMOVAL**<br><br>**[28 U.S.C. § 1441(b)]** |

1  Please take notice that, on April 3, 2019, defendant Universal International
2  Music, B.V. ("UIMBV") erroneously filed a Second Notice of Removal [Docket No.
3  27] in this Court.  UIMBV hereby withdraws that notice and will instead file, timely
4  and concurrently herewith, a Notice of Removal under a new case number.

DATED:  April 15, 2019        JEFFREY D. GOLDMAN
                              TALYA GOLDFINGER
                              JEFFER MANGELS BUTLER & MITCHELL LLP


                              By: */s/ Jeffrey D. Goldman*
                                      Jeffrey D. Goldman
                              Attorneys for Defendant Universal International
                              Music, B.V.